IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**BRIGGETTE TAYLOR**                                                                         **PLAINTIFF**

**v.**                                                           **CIVIL ACTION NO. 2:24-cv-43-TBM-RPM**

**HATTIESBURG POLICE DEPARTMENT;
OFFICER CHAD YOUNG; OFFICER
JARVIS; CHIEF PEGGY SEALY;** *and*
**ASSISTANT CHIEF HARDY SIMS**                                              **DEFENDANTS**

### FINAL JUDGMENT

For the reasons stated in the Order entered this same day, Briggette Taylor's claims are DISMISSED WITH PREJUDICE. This CASE is CLOSED.

This, the 5th day of March, 2025.

_____
**TAYLOR B. McNEEL**
**UNITED STATES DISTRICT JUDGE**